## MINUTE ORDER

### Firmode v. International Watch Group, 08-cv-4890 (JG)(MDG)

This order summarizes* rulings made on the record at a conference held on October 14, 2010 regarding [75] plaintiff's motion for sanctions.  This Court previously granted plaintiff's request for sanctions and to extend the deadline for investigation of defendants' assets at a hearing held on August 27, 2010 but deferred ruling on the length of the extension and the amount of sanctions.  See minute entry dated 8/27/20.

As discussed on the record at the conference and the prior hearing, this Court finds that defendants have not complied with either the requirement in the Settlement Agreement to cooperate fully in plaintiff's pursuit of assets or with the Court's orders.  Accordingly, the Court grants plaintiff's additional motion for sanctions [75] as follows:

1.   The time within which plaintiff may investigate and attempt to locate assets of defendants for purposes of executing on the Consent Judgment is extended to 3/8/11.  This represents a day for day extension caused by the 141 day delay in the production of documents between 4/20/10, the date ordered by the Court, and 9/8/10, the date defendants produced the final documents.  See Settlement Agreement (ct. doc. 57) at ¶ 3.

2.   The Court will determine the amount of sanctions to be imposed on defendants for their failure to comply with court orders after consideration of further submissions by the parties.  Plaintiff must submit billing records and an accounting of its costs by 10/25/10, defendants' response by 11/1/10 and any reply by 11/4/10.  The names of creditors and the identities of non-parties reflected in the records may be redacted.

**SO ORDERED.**

Dated:     Brooklyn, New York
           October 14, 2010

                                   /s/_____
                                   MARILYN D. GO
                                   UNITED STATES MAGISTRATE JUDGE

---

[1]   More detailed rulings may have been made on the record. The parties are responsible for complying to the extent stated on the record.